

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00067-CV

**IN THE MATTER OF S.O.W.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 1994-JUV-02115 W1
Honorable Laura Parker, Judge Presiding

**ORDER**

     In accordance with the court's opinion issued this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

     It is so **ORDERED** on July 19, 2017.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_____
Luz Estrada, Chief Deputy Clerk